UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARTHUR MATHEWS, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:05CV1488 JCH |
| ST. LOUIS UNIVERSITY, | ) |
| Defendant(s). | ) |

## **ORDER**

This matter is before the Court upon its review of the record. On November 16, 2005, Defendant St. Louis University filed a Motion to Dismiss Plaintiff's Age and Sex Discrimination Claims. (Doc. No. 10). To date, Plaintiff has not responded to Defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Tuesday, January 31, 2006**, within which to file his response to Defendant's Motion to Dismiss. (Doc. No. 10). Failure to do so will result in the Court's ruling on Defendant's unopposed motion.

Dated this 30th day of December, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE