UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARTHUR MATHEWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV1488 JCH |
| | ) |
| ST. LOUIS UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's claims are dismissed with prejudice.

Dated this 6th day of October, 2006.

/s/ Jean C. Hamilotn
UNITED STATES DISTRICT JUDGE